1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  FEASTER FOSTER,                          1:12-cv-00380-GSA (PC)
12          Plaintiff,                       ORDER TO SUBMIT NEW APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
13      vs.                                  OR PAY FILING FEE WITHIN 45 DAYS
14  C.W. URSENBACH, et al.,
15          Defendants.
                                        /
16

   Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, on March 13, 2012.  (Docs. 1, 2.)  However, Plaintiff's application to proceed in forma pauperis is deficient because plaintiff failed to complete sections #2 and #3.f. of the application.  Plaintiff failed to state the amount of his pay and failed to describe the sources of his money, the amount received, and what he expects to continue to receive.  The application must be complete before it will be considered by the court.  Plaintiff shall be granted another opportunity to submit a completed application to proceed in forma pauperis.  In the alternative, Plaintiff is required to pay the $350 filing fee in full for this action.

   Accordingly, IT IS HEREBY ORDERED that:

   Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

1  the $350.00 filing fee for this action.  **No requests for extension will be granted without a**
2  **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
3  submit a certified copy of his/her prison trust statement for the six month period immediately
4  preceding the filing of the complaint.
5     **Failure to comply with this order will result in dismissal of this action.**
6      IT IS SO ORDERED.
7     **Dated:   March 22, 2012**         /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE